# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00726-CV

**Appellant, Free Sacred Trinity Church//Cross-Appellants, Bastrop Central Appraisal District and Bastrop County Appraisal Review Board**

**v.**

**Appellees, Bastrop Central Appraisal District and Bastrop County Appraisal Review Board//Cross-Appellant Free Sacred Trinity Church**

**FROM THE DISTRICT COURT OF BASTROP COUNTY, 335TH JUDICIAL DISTRICT NO. 23,343, HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The parties have informed the Court that they no longer wish to pursue their appeals.

We dismiss the parties' appeals on appellant's unopposed motion.

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed:   February 17, 2006